## 67444. BURNETT v. COLEMAN.

CARLEY, Judge.

Appellant brings a direct appeal from a judgment holding her in contempt of an order which granted appellee visitation rights to the parties' child. "Visitation privileges are, of course, part of custody. [Cits.]" *Ledford v. Bowers*, 248 Ga. 804, 805 (286 SE2d 293) (1982). Accordingly, it is clear that the instant case is subject to the provisions of OCGA § 5-6-35, because it is an appeal from a judgment holding appellant in contempt of a child custody order. OCGA § 5-6-35 (a) (2). As such, the instant case is not directly appealable and must be dismissed because of appellant's failure to follow the procedure necessary to secure a discretionary appeal. *Godbold v. Godbold*, 245 Ga. 121 (263 SE2d 440) (1980); *Courson v. Ridley*, 247 Ga. 171 (276 SE2d 45) (1981).

*Appeal dismissed. Deen, P. J., and Banke, J. concur.*

DECIDED FEBRUARY 28, 1984 —
REHEARING DENIED MARCH 20, 1984 — ▮▮▮▮▮▮▮

*Bruce M. Hofstadter*, for appellant.
*James E. Turk, David E. Morgan III*, for appellee.